**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOL K. MORGAN, | No. C 06-04766 SI |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., | |
| Defendant. | |

By Order dated January 8, 2007, this Court granted defendant's petition to compel arbitration. However, because documents central to defendant's petition to compel were first presented by defendant in its reply papers, proceedings in this Court were stayed for a period of thirty days to allow plaintiff the opportunity, if he wished it, to controvert the authenticity of the newly presented evidence. Plaintiff was informed that if he filed nothing further, this action would be dismissed in favor or arbitration.

Plaintiff has filed nothing further with the Court. Accordingly, this action is DISMISSED in favor of arbitration.

**IT IS SO ORDERED.**

Dated: February 23, 2007

_____
SUSAN ILLSTON
United States District Judge