IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOL K. MORGAN,                      No. C 06-04766 SI

        Plaintiff,                             **JUDGMENT**

  v.

COUNTRYWIDE HOME LOANS, INC.,

        Defendant.
                                  /

This action is DISMISSED in favor of arbitration. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 23, 2007

SUSAN ILLSTON
United States District Judge